IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03144-LTB

IMAM MUHAMMAD ABDULLAH, aka IMAM-MUHAMMAD MUSTAFA ABDULLAH, aka IMAM-MUHAMMAD ABDULLAH, aka MOHAMMAD MUSTAFA ABDULLAH,

    Plaintiff,

v.

SAMUELS, Director BOP,
WARDEN BERKEBILE,
C.O. MOODY,
C.O. COULTON, and
C.O. McCARTHY,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 2, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 2 day of January, 2014.

                         FOR THE COURT,

                         JEFFREY P. COLWELL, Clerk

                         By: s/ T.Lee
                             Deputy Clerk